■ In the Matter of MODERN DISPOSAL SERVICES, INC., Respondent, v TOWN OF WHEATFIELD, Appellant. BROWNING-FERRIS INDUSTRIES OF NEW YORK, INC., Intervenor-Respondent-Appellant. [661 NYS2d 806] —Judgment unanimously affirmed with costs for reasons stated in decision at Supreme Court, Koshian, J. (Appeals from Judgment of Supreme Court, Niagara County, Koshian, J.—CPLR art 78.) Present—Denman, P. J., Green, Callahan, Balio and Boehm, JJ.